DAVID V. DUPERRAULT, SBN 99637
KATHRYN E. BARRETT, SBN 162100
SILICON VALLEY LAW GROUP
25 Metro Drive, Suite 600
San Jose, CA  95110
Tel:  (408) 573-5700
Fax: (408) 573-5701
Email:  dvd@svlg.com
         keb@svlg.com

Attorneys for Defendants and Cross-Complainants
MICHAEL SMEAD, SUSAN SMEAD AND
SOUTH VALLEY AUTO REPAIR, INC.

*IT IS SO ORDERED*
Judge Edward J. Davila
4/17/2013

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In Re:  DAVID GARY O'HANNESON,<br><br>         Debtor.<br>_____<br>HELLER SMALL BUSINESS LENDING CORP., a Delaware corporation<br><br>         Plaintiff,<br><br>    vs.<br><br>MICHAEL SMEAD, an individual; SUSAN SMEAD, an individual; and SOUTH VALLEY AUTO REPAIR, INC. a California corporation,<br><br>         Defendants.<br>_____<br>AND RELATED CROSS-ACTIONS. | Case No.: CV 12-04068 EJD<br><br>[BK Case No. 12-53343-ASW<br>Chapter 11<br>Adv. Proc. No. 12-05144-ASW]<br><br>**STIPULATION BY ALL PARTIES TO DISMISSAL OF  THE ENTIRE ACTION** |

## **STIPULATION**

The parties to the above referenced action, Heller Small Business Lending Corp.

1

Dist. Case No.: 12-04068-EJD    STIPULATION BY ALL PARTIES TO DISMISS THE ENTIRE ACTION

10400904-2

("Plaintiff"), Defendants and Cross-Claimants, Michael Smead and Susan Smead ("Smeads"), Defendant and Cross-Claimant, South Valley Auto Repair, Inc. ("SVI") and Defendant and Cross-Claimant, David Gary O'Hanneson ("O'Hanneson"), (collectively referred to as the "Parties") hereby stipulate as follows:

Whereas Plaintiff no longer asserts any claims for judicial foreclosure and breach of guaranty in the above entitled case;

Whereas the Smeads, SVI and O'Hanneson have entered into a settlement agreement pertaining to their cross-claims asserted in the above entitled action, which settlement was approved on or about March 26, 2013 by the U.S. Bankruptcy Court ;

**THE PARTIES HEREBY STIPULATE** to the dismissal of the above entitled action in its entirety.  The Clerk shall close this file.

Sheppard, Mullin, Richter & Hampton LLP

Dated:  April 12, 2013     /s/ Steven B. Sacks
                           By:  Steven B. Sacks
                           **Attorneys for Plaintiff**
                           **Heller Small Business Lending Corp.**

Silicon Valley Law Group

Dated:  April 12, 2013     /s/ Kathryn E. Barrett
                           By:  Kathryn E. Barrett
                           **Attorneys for Susan Smead, Michael Smead and South Valley Auto Repair, Inc.**

Berliner Cohen

Dated:  April 15, 2013     /s/ Laura Palazzolo
                           By:  Laura Palazzolo
                           **Attorneys for David Gary O'Hanneson**

2

Dist. Case No.: 12-04068-EJD     STIPULATION BY ALL PARTIES TO DISMISS THE ENTIRE ACTION

I attest that concurrence in the filing of this document and authority in the attribution of electronic signatures from counsel for Heller Small Business Lending Corp. and David Gary O' Hanneson, respectively, were obtained.

/s/ Kathryn E. Barrett
By:  Kathryn E. Barrett
**Attorneys for Susan Smead, Michael Smead and South Valley Auto Repair, Inc.**

SILICON VALLEY LAW GROUP
25 METRO DRIVE, SUITE 600
SAN JOSE, CA 95110

10400904-2

3

Dist. Case No.: 12-04068-EJD     STIPULATION BY ALL PARTIES TO DISMISS THE ENTIRE ACTION